

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2018

No. 04-17-00489-CV

Paul **BLACK**,
Appellant

v.

Mikal **WATTS**; Watts Guerra LLP; James R. Harris; and Harris & Greenwell, LLP,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20874
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The appellees' second unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to February 16, 2018.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court